# CRIMINAL COURT MINUTES

## U.S. Magistrate Judge DAVE LEE BRANNON

FILED by ___ D.C.
Page: 1
JAN 28 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

| | |
|---|---|
| Courtroom Number # 3 | Date: 01/28/2015   Time: 10:00 A.M. |

Defendant: THOMAS G. THOMPSON   J#: _____   Case #: 15-8049-DLB

AUSA: WILLIAM ZLOCH *Carolyn Bell*   Attorney: _____

Violation: REMOVAL TO S/D OF OHIO   Agent: _____

Proceeding: INITIAL HEARING   CJA Appt: _____

Bond/PTD Held: ◯ Yes   ◯ No   Recommended Bond: PTD (REQUESTED BY GOVT)

Bond Set at: _____   Co-signed by: _____

- ☐ All standard conditions
- ☐ Surrender and/or do not obtain passport/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: ENGLISH

Disposition: *Status Re: Initial hearing. Deft. Present - sworn & advise of rights. Initial reset*

**NEXT COURT APPEARANCE**   Date: ___   Time: ___   Judge: ___   Place: ___

Report RE Counsel: *Initial*
PTD/Bond Hearing: 1-29-15   10AM   Duty Mag.   WPB
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 10:35:06   Time in Court: 12 MINS

Courtroom Deputy: Sandra Acevedo