# CRIMINAL COURT MINUTES
# U.S. Magistrate Judge DAVE LEE BRANNON

Page: 1
FILED by _____ D.C.
JAN 29 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

Courtroom Number # 2      Date: 01/29/2015      Time: 10:00 A.M.

Defendant: THOMAS G. THOMPSON  J#: _____   Case #: 15-8049-DLB
AUSA: CAROLYN BELL              Attorney: _____
Violation: REMOVAL TO S/D OF OHIO    Agent: _____
Proceeding: RE-INITIAL               CJA Appt: _____
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond: PTD (REQUESTED BY GOVT)
Bond Set at: _____           Co-signed by: _____

☐ All standard conditions
☐ Surrender and/or do not obtain passport/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: _____
☐ Other: _____

Language: ENGLISH

Disposition: Initial held. Deft present sworn & advise of rights. Deft will hire counsel. Deft. will provide names of attorneys to U.S. Marshals to assist him with phone calls in hiring counsel.

NEXT COURT APPEARANCE   Date:       Time:      Judge:          Place:
Report RE Counsel:  2-4-15  10AM  Duty Mag.  WPB
PTD/Bond Hearing: Identity
Prelim/Arraign or Removal: 2-4-15   "      "    "
Status Conference RE:
D.A.R. 10:06:57                Time in Court: 13 mins
Courtroom Deputy: Sandra Acevedo