

FILED by _____ D.C.

FEB 0 2 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION 15-8049-DLB

UNITED STATES OF AMERICA          CASE # 2013-MJ-177
                                          S/OH (Columbus)
VS

Thompson, Thomas G.          PRISONER # 07332-104

*********************************************************************
TO:   CLERK'S OFFICE, UNITED STATES DISTRICT COURT:     (CIRCLE ONE)

MIAMI     FT. LAUDERDALE     (WEST PALM BEACH)     FT. PIERCE
*********************************************************************
*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR
UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: 1/27/2015   22:30 Hrs

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE (S) CHARGED: Criminal Contempt

4) U.S. CITIZEN   [✓]YES   [ ]NO   [ ]UNKNOWN

5) DATE OF BIRTH: ___-___-52

6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
        [ ] INDICTMENT
        [ ] COMPLAINT TO BE FILED/ALREADY FILED
        [✓] BENCH WARRANT FOR FAILURE TO APPEAR
        [ ] PROBATION VIOLATION WARRANT
        [ ] PAROLE VIOLATION WARRANT

     ORIGINATING DISTRICT: S/OH

     COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓]YES   [ ]NO

7) AMOUNT OF BOND: _____   WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: Crotty   DATE: 1/28/15

9) AGENCY: USMS   PHONE: 561-655-1827